**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7896**

FRED LEWIS WILSON,

Plaintiff - Appellant,

v.

A. COLEMAN, D.A.; C/O TULIP; C/O TRIPLETT; LT. D. FLEMING,

Defendants – Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Glen E. Conrad, District Judge.  (7:09-cv-00325-gec-mfu)

Submitted:  August 18, 2010        Decided:  September 13, 2010

Before NIEMEYER, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Fred Lewis Wilson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fred Lewis Wilson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wilson v. Coleman, No. 7:09-cv-00325-gec-mfu (W.D. Va. Sept. 24, 2009). Wilson's motion for transfer pending appeal is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED